**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SORENSEN COMPANIES, INC.,

    Petitioner,

v.                                                         Case No. 3:17-cv-1095-J-34JRK

B.J. BURNS INCORPORATED,
d/b/a Outlook International Electric,

    Respondent.

_____

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 18; Report), entered on May 23, 2018, recommending that Petitioner's Motion for Entry of Final Judgment Against Respondent (Doc. 14; Motion) be granted and that judgment be entered in favor of Petitioner and against Respondent. See Report at 8. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 18) is **ADOPTED** as the opinion of the Court.

2. Petitioner's Motion for Entry of Final Judgment Against Respondent (Doc. 14) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and against Respondent for the following amounts:

    a. Damages awarded in Final Award: $105,345.55;

    b. Attorneys' fees awarded in Final Award: $8,100.00;

    c. Arbitration costs: $3,967.50;

    d. Cost for Middle District of Florida filing fee: $400.00;

    e. Cost for Service of Process: $65.00;

    f. Additional attorneys' fees incurred: $3,250.00; and

    g. Post-judgment interest at the applicable rate, see 28 U.S.C. § 1961.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of June, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Antonio Hyppolite
Registered Agent
B.J. Burns Inc.
d/b/a Outlook International Electric
4700 Biscayne Boulevard, Suite 501
Miami, FL 33137

B.J. Burns Inc.
d/b/a Outlook International Electric
1730 Biscayne Boulevard, #201-B
Miami, FL 33132

B.J. Burns Inc.
d/b/a Outlook International Electric
1411 Sawgrass Corporate Parkway, #B-40
Sunrise, FL 33323